RECEIVED PM
IN CLERK'S OFFICE
SEP 1 5 2005
U.S. DISTRICT COURT
MID. DIST. TENN.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:96-00131-02 |
| ) | Judge Echols |
| DOUGLAS W. SAILORS ) | |

## AGREED ORDER

The Court conducted a hearing on the Petition of the United States Probation Office to revoke Defendant's supervised release on September 12, 2005. The Court finds that Defendant had violated the terms of his supervised release by not paying the restitution amount that the Court had ordered in its Order of Judgment. However, based upon the agreement of the parties and Defendant's payment of $26,500 in cash as immediately additional restitution, the Court hereby DISMISSES the Petition and further directs that Defendant is RELEASED from further supervision. In keeping with the disposition of the Petition to revoke the supervised release of Defendant's co-Defendant Daniel Gagliardo, Defendant's total restitution payments to date are deemed to constitute payment in full.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

Approved for entry:

**NEAL & HARWELL, PLC**

By: ___*(signature)*___
James F. Sanders
James G. Thomas

150 Fourth Avenue North
Suite 2000
Nashville, TN 37219
(615) 244-1713

Counsel for Defendant


**JAMES K. VINES**
**UNITED STATES ATTORNEY**

By: ___*(signature)* Washko/ by ff for direction___
Robert J. Washko
Assistant U.S. Attorney

110 Ninth Avenue South
Room A-961
Nashville, TN 37203
(615) 736-5151